COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TEREX UTILITIES, INC. d/b/a TEREX SERVICES, INC., | § | No. 08-23-00131-CV |
| Appellant, | § | Appeal from the |
| v. | § | 166th Judicial District Court |
| | § | of Bexar County, Texas |
| ROBERT FONDREN, JR. ET UX, TERESA FONDREN, and DWAYNE PROETEL, | § | (TC# 2019-CI-12737) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the agreed motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party to bear their own costs of this appeal pursuant to their agreement and joint motion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.